IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 28 P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC., a Florida Corporation, Plaintiff, v. THOMAS J. REILLY And WILDLIFE SOLUTIONS, INC., a Massachusetts Corporation, Defendants. | Civil Action No. _____ |

**05c 10180 RCL**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Plaintiff Wildlife Solutions, Inc. is a Florida corporation with its principal office at 5544 Benchmark Lane, Suite 104, Orlando, Florida 32773. Wildlife Solutions, Inc. has no parent corporations or any publicly held company owning 10 percent or more of its stock.

WILDLIFE SOLUTIONS, INC.,

By its attorneys,

Dated: January 28, 2005

_____
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Douglas R. Wolf, BBO # 560116
doug.wolf@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 Phone
(617) 646.8646 FAX