✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Wildlife Solutions, Inc. a FL Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Thomas J. Reilly
And Wildlife Solutions, Inc. a MA Corporation

CASE NUMBER:

05   10180 RCL

TO: (Name and address of Defendant)

Thomas J. Reilly
16 High Street
West Boylston, MA 01583-1518

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  1/28/05

(By) DEPUTY CLERK

77143

I hereby certify and return that today, February 3, 2005, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Thomas J. Reilly, by leaving said copies with Diane Reilly (wife) at 16 High Street, West Boylston, MA 01583-1518 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Thomas J. Reilly, at 16 High Street, West Boylston, MA 01583-1518.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 3, 2005.

_____
**Dennis Mahoney,** Constable
& Disinterested Person over Age 18.

Service & Travel: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455