IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILDLIFE SOLUTIONS, INC.,
a Florida Corporation,

    Plaintiff,

v.

THOMAS J. REILLY

And

WILDLIFE SOLUTIONS, INC.,
a Massachusetts Corporation,

    Defendants.

Civil Action No. 1:05-cv-10180-RCL

## MOTION TO PERMIT MICHAEL L. LEETZOW TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of this Court, Michael A. Albert, counsel of record for the Plaintiff, Wildlife Solutions, Inc., hereby moves this Court to permit Michael L. Leetzow, Esq. to appear on the Plaintiff's behalf as counsel pro hac vice in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. To the best knowledge of the undersigned, Mr. Leetzow is a member in good standing of the State Bar of Florida, Georgia, and the District of Columbia, and of the United States Patent and Trademark Office and the Court of Appeals for the Federal Circuit.

4. To the best knowledge of the undersigned, there are no disciplinary proceedings pending (nor have any ever been brought) against Mr. Leetzow as a member of any bar in any jurisdiction.

5.  Mr. Leetzow has indicated in the Certificate attached hereto as Exhibit A that he has been provided with the Local Rules of the United States District Court for the District of Massachusetts and is familiar with them.

6.  Mr. Leetzow's Certificate of Good Standing from the Florida Bar is attached hereto as Exhibit B.

**WHEREFORE**, the undersigned requests that Mr. Leetzow be granted permission to represent Plaintiff Wildlife Solutions, Inc. in any and all proceedings conducted in this action.

WILDLIFE SOLUTIONS, INC.

By its attorneys,

Dated: March 9, 2005

Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 Phone
(617) 646.8646 FAX

875939.1

- 2 -

Case 4:05-cv-10180-FDS    Document 7    Filed 03/09/2005    Page 3 of 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -9  P 4:12

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILDLIFE SOLUTIONS, INC.,
a Florida Corporation,

Plaintiff,

v.

THOMAS J. REILLY

And

WILDLIFE SOLUTIONS, INC.,
a Massachusetts Corporation,

Defendants.

Civil Action No. 1:05-cv-10180-RCL

**CERTIFICATE OF MICHAEL L. LEETZOW
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

Now comes Michael L. Leetzow, being duly sworn and states as follows under oath:

1. I make this Affidavit based on my personal knowledge for the purpose of obtaining admission pro hac vice as counsel for the Plaintiff, Wildlife Solutions, Inc. in the above styled and numbered cause.

2. I am a member in good standing and eligible to practice in the courts of the State of Florida, Georgia (inactive), and the District of Columbia, and before the United States Patent and Trademark Office and the Court of Appeals for the Federal Circuit. I am not admitted to practice in any other court or state. My certificate of good standing from the State Bar of Florida is attached hereto.

3. I practice law with the law firm of Michael L. Leetzow, P.A., having its offices at 5213 Shoreline Circle, Sanford, Florida 32771. I have never been and am not currently suspended nor disbarred in any jurisdiction.

4. There are no pending disciplinary matters that involve me.

5. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and my application for leave to practice in this court is on motion of a member of the bar of this court.

Dated at Sanford, Florida this 9th day of March, 2005.

Michael L. Leetzow



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida      )

County of Leon      )

           In Re:   934770
                     Michael Leonard Leetzow
                     Michael L. Leetzow
                     5213 Shoreline Cir.
                     Sanford, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 8, 1992.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this _____ day of February, 2005.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lpw5:R10



**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

FILED
IN CLERKS OFFICE

2005 MAR -9 P 4: 12

**Tracie Svenson**
Litigation Paralegal
tsvenson@wolfgreenfield.com
direct dial 617.646.8314

DISTRICT COURT
DISTRICT OF MASS.

March 9, 2005

*Via Hand-Delivery*
Civil Clerk's Office
U.S. District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, MA  02210

    Re:    Wildlife Solutions, Inc. v. Thomas J. Reilly v. Wildlife Solutions, Inc.
             Civil Action No.:  1:05cv10180 RCL
             <u>Our File No.:  W0602.50000US00</u>

Dear Sir/Madam:

    I enclose for filing an original and a copy of a Motion to Permit Michael L. Leetzow to Appear Pro Hac Vice in the above referenced matter.  I also enclose a check in the amount of $50.00 to cover the filing fee.

    Kindly date-stamp the copy and return to the awaiting messenger.

    Thank you for your assistance.

                                        Very truly yours,

                                        WOLF, GREENFIELD & SACKS, P.C.

                                        Tracie L. Svenson

Enclosures

Wolf, Greenfield & Sacks, P.C.  |  600 Atlantic Avenue  |  Boston, Massachusetts 02210-2206
876101.1           617.720.3500  |  fax 617.720.2441  |  www.wolfgreenfield.com