UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Wildlife Solutions, Inc.
                  Plaintiff

V.

Thomas J. Reilly
                  Defendant

CIVIL ACTION

NO.  05-10180

## O R D E R

    Lindsay      D.J.

Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Worcester session of this court for all further proceedings.

By The Court,

/s/ Don Stanhope
Deputy Clerk

Date: 3/17/05

Copies to:      Counsel, Operations Manager

(Transfer O - Worcester.wpd - 7/99)