UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILDLIFE SOLUTIONS, Inc. (of Florida)

v.    Civ. No. 05-CV-10180

WILDLIFE SOLUTIONS, Inc. and
THOMAS J. REILLY

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel as of March 28, 2005 for both defendants, Thomas J. Reilly and Wildlife Solutions, Inc. of Massachusetts.

Respectfully Submitted,
By his attorney,

Dated: April 1, 2005        /s/ RICHARD FARRELL

Richard J. Farrell, Esq.
MA BBO# 638017
197M Boston Post Road West #177
Marlborough, MA 01752
508-358-5411