IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC., a Florida Corporation, Plaintiff, <br><br> v. <br><br> THOMAS J. REILLY And WILDLIFE SOLUTIONS, INC., a Massachusetts Corporation, Defendants. | Civil Action No. 05 CV 10180 FDS |

WITHDRAWAL OF APPEARANCE UNDER LOCAL RULE 83.5.2 (C) BY BLODGETT & BLODGETT, P.C. AND GERRY A. BLODGETT, ATTORNEYS FOR DEFENDANTS

Blodgett & Blodgett, P.C. and Gerry A. Blodgett, attorneys for Defendants Thomas J. Reilly and Wildlife Solutions, Inc., offer this Withdrawal of the Appearance under Local Rule 83.5.2 (c). On information and belief, the following facts are true.

1. This notice is proceeded or accompanied by notice of appearance by other counsel for Defendants (Richard J. Farrell, Esquire, Document 9);

2. There are no motions pending before the court;

3. No trial date has been set; and

4. No hearings or conferences are scheduled, and no reports, oral or written, are due.

/s/ Gerry A. Blodgett

Dated: August 15, 2005

Gerry A. Blodgett, BBO # 046160
gblodgett@bablaw.com
BLODGETT & BLODGETT, P.C.
43 Highland Street
Worcester, Massachusetts 01609
(508) 753.5533 Phone
(508) 755.1837 FAX

I hereby certify that a true copy of the above document was served upon my client (by serving his attorney) and on the attorney of record for each other party by mail on _August 15, 2005_.

_/s/ Gerry A. Blodgett___