IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC.,<br>  a Florida Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS J. REILLY<br><br>And<br><br>WILDLIFE SOLUTIONS, INC.,<br>    a Massachusetts Corporation,<br><br>      Defendants. | Civil Action No. 1:05-cv-10180-RCL |

### NOTICE OF APPEARANCE OF ADAM J. KESSEL

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of the Plaintiff, Wildlife Solutions, Inc., a Florida Corporation, in the above-identified action.

Respectfully submitted,

Dated:  August 16, 2005           /s/ Adam J. Kessel
                                  Adam J. Kessel (BBO # 661211)
                                  akessell@wolfgreenfield.com
                                  Wolf, Greenfield & Sacks, P.C.
                                  600 Atlantic Avenue
                                  Federal Reserve Plaza
                                  Boston, MA 02210
                                  (617) 646-8000