IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC., a Florida Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>THOMAS J. REILLY<br><br>And<br><br>WILDLIFE SOLUTIONS, INC., a Massachusetts Corporation,<br><br>     Defendants. | Civil Action No. 1:05-cv-10180-FDS |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Plaintiff's counsel and Plaintiff's authorized representative affirm, pursuant to Local Rule 16.1(d)(3), that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation.  They further affirm they have conferred and considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Adam J. Kessel
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Adam J. Kessel, BBO # 661211
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 Phone
(617) 646.8646 FAX

Michael Leetzow (admitted *pro hac vice*)

Counsel for Wildlife Solutions, Inc. of Florida

     /s/ Steve DeMoor
Steve DeMoor
President
Wildlife Solutions, Inc.
5544 Benchmark Lane, Suite 104
Orlando, Florida 32773

932939.1