UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

WILDLIFE SOLUTIONS, Inc. (of Florida)

v.                                                                  Civ. No.  05-CV-10180 FDS

WILDLIFE SOLUTIONS, Inc. and
THOMAS J. REILLY

_____

### DEFENDANT'S CERTIFICATION PURSUANT TO RULE 16.1(D)(3)

Now comes counsel for the defendant and affirms that counsel and Thomas J. Reilly (individually and in his capacity as the President of Wildlife Solutions, Inc. (of Mass.)) have conferred regarding the budget for conducting the full course and/or alternative courses of this litigation.  Counsel further affirms that he has conferred with the defendants regarding resolution of the litigation through the use of alternative dispute resolution.


                                                        Respectfully Submitted,


Dated: September 14, 2005                    /s/ RICHARD FARRELL

                                                        Richard J. Farrell, Esq.
                                                        MA BBO# 638017
                                                        197M Boston Post Road West #177
                                                        Marlborough, MA 01752
                                                        508-358-5411