IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC.,<br>  a Florida Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS J. REILLY<br><br>And<br><br>WILDLIFE SOLUTIONS, INC.,<br>   a Massachusetts Corporation,<br><br>        Defendants. | Civil Action No. 1:05-cv-10180-FDS |

## MOTION TO COMPEL THOMAS J. FRAIN
## TO COMPLY WITH SUBPOENA DUCES TECUM

Plaintiff Wildlife Solutions, Inc., a Florida Corporation ("Wildlife Florida") moves to compel Thomas J. Frain, Esq. to comply with a subpoena duces tecum. Mr. Frain, former counsel to Defendants in this case, has objected to the production of the subpoenaed documents on the basis of attorney-client privilege and work product protection. Defendants have waived any privilege or work product protection, and thus the Court should compel Mr. Frain to produce the subpoenaed documents. Further grounds for this motion are contained in the accompanying memorandum of law.

        Respectfully submitted,

        WILDLIFE SOLUTIONS, INC.

        By its attorneys,

Dated: December 23, 2005        /s/ Adam J. Kessel_____
        Michael A. Albert, BBO # 558566
        malbert@wolfgreenfield.com
        Adam J. Kessel, BBO # 661211
        akessel@wolfgreenfield.com
        WOLF, GREENFIELD & SACKS, P.C.
        600 Atlantic Avenue
        Boston, Massachusetts 02210
        (617) 646.8000 Phone
        (617) 646.8646 FAX

        Of Counsel

        Michael Leetzow, Esq. (admitted *pro hac vice*)

## **CERTIFICATE OF SERVICE**

I certify that a copy of this motion, as well as the accompanying memorandum, declaration, and exhibits, were served by First Class Mail on Thomas J. Frain, Esq., on December 23, 2005 at the following address:

Thomas J. Frain, Esq.
563 Main Street
Bolton, MA 01740

/s/ Adam J. Kessel
Adam J. Kessel

971661.1                                  - 3 -