UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILDLIFE SOLUTIONS, Inc. (of Florida)

v.  Civ. No. 05-CV-10180 FDS

WILDLIFE SOLUTIONS, Inc. and
THOMAS J. REILLY

### DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Now come the defendants in the above matter and move that this Honorable Court compel the plaintiff to produce or permit for inspection the documents and things requested by their Request for Production of Documents and Things pursuant to F.R.C.P. 37. As reasons for this Motion, the defendants state the following:

1. Under the current scheduling order dated August 24, 2005, the deadline for fact discovery to be completed is February 1, 2006.

2. The defendants served requests for documents and things on the plaintiff on November 30, 2005.

3. On January 18, 2006, 49 days after service of the Requests, plaintiff served upon the defendants written responses to the Requests for Documents and Things.

4. As of the date of this Motion, the defendants have not received any documents from the plaintiff. Plaintiff's Counsel has represented verbally, but not in writing, that documents will be provided on Thursday, February 2, 2006, after the deadline for fact discovery under the current scheduling order.

5. Several of the plaintiff's Interrogatory Responses refer to documents which are to be

produced, and therefore the defendants are not in a position to determine whether the interrogatory responses are complete at this time.

6. The parties held a conference by telephone on January 30, 2006, where the parties attempted to narrow or resolve their discovery problems. Undersigned counsel proposed that the deadline for fact discovery be extended to allow for review of the documents provided by the plaintiff, but plaintiff's counsel was unwilling to assent to any extension of the discovery period, and instead intends (to the best of undersigned counsel's knowledge) to file a Motion to Compel discovery from one or both of the defendants.

7. The defendants are forced to file this Motion to Compel at the deadline for fact discovery as a result of the plaintiff's refusal to assent to an extension of the fact discovery period.

8. The defendants note that the documents, if provided in accordance with the representations of plaintiff's counsel, will have been provided more than two months after the service of the Requests. The defendants have waited as long as possible to file this Motion, but under the current Scheduling Order this Motion must be filed on this date.

9. The defendants took the deposition of the president of the plaintiff, Mr. Steven DeMoor, on January 11, 2006, but the defendants' discovery was severely hampered by the lack of documents from the plaintiff and the relative lack of information provided by Mr. DeMoor.

7. The relief requested is necessary to assure that the defendants have all documentation and facts necessary for the trial of this matter.

Wherefore, the defendants request that this Court issue an Order compelling the plaintiff to provide access to the documents and things specified in the Requests, and to compel such further answers to interrogatories as may be appropriate in light of the Document Production by the plaintiff. The defendants further requests that they be awarded costs and attorneys' fees associated with the filing of this Motion.

                                                  Respectfully Submitted,
                                                  By their attorney,

Dated: January 31, 2006                      /s/ RICHARD FARRELL

                                                  Richard J. Farrell, Esq.
                                                  MA BBO# 638017
                                                  197M Boston Post Road West #177
                                                  Marlborough, MA 01752
                                                  508-358-5411

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                      /s/ Richard Farrell