IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC.,<br>   a Florida Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>THOMAS J. REILLY<br><br>and<br><br>WILDLIFE SOLUTIONS, INC.,<br>      a Massachusetts Corporation,<br><br>               Defendants. | Civil Action No. 1:05-cv-10180-FDS |

**MOTION TO COMPEL WILDLIFE MASSACHUSETTS TO PRODUCE
A WITNESS PURSUANT TO FED. R. CIV. P. 30(b)(6) AND FOR SANCTIONS**

Plaintiff Wildlife Solutions, Inc., a Florida Corporation ("Wildlife Florida") moves to

compel Defendant Wildlife Solutions, Inc., a Massachusetts Corporation ("Wildlife

Massachusetts") to produce a properly prepared witness pursuant to its obligations under Fed. R.

Civ. P. 30(b)(6), to produce withheld documents pursuant to Fed. R. Civ. P. 34 and Fed. R. Civ.

P. 37(a), and for sanctions pursuant to Fed. R. Civ. P. 37(d).  Further grounds for this motion are

contained in the accompanying memorandum of law.

**Certification Pursuant to Local Rules 7.1 and 37.1**

The undersigned certifies that counsel for Wildlife Florida consulted with counsel for

Wildlife Massachusetts in a good faith effort to narrow the areas of disagreement to the greatest

extent possible, but that Wildlife Florida's effort was unsuccessful.  The parties exchanged

voicemails and emails on 1/27/06, 1/28/06, and 1/30/06, and held a telephone conference on

1/30/06.  In this conference, Defendants' counsel offered to provide some limited additional

discovery to Wildlife Florida, but also insisted that Wildlife Massachusetts was adequately

prepared for its deposition.  Wildlife Massachusetts would not provide adequate assurances that a

deponent would be adequately prepared for a continuation of the deposition.  This Motion

complies with the requirements of Local Rule 37.1.

Respectfully submitted,


WILDLIFE SOLUTIONS, INC.

By its attorneys,


Dated: January 31, 2006

/s/ Adam J. Kessel_____
Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
Adam J. Kessel, BBO # 661211
akessel@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 Phone
(617) 646.8646 FAX

Of Counsel

Michael L. Leetzow, Esq. (admitted *pro hac vice*)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document and its supporting papers filed through the ECF

system will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing (NEF).


/s/ Adam J. Kessel
Adam J. Kessel