THOMAS J. FRAIN
ATTORNEY AT LAW
563 MAIN STREET
BOLTON, MASSACHUSETTS 01740
TELEPHONE (978) 779-0749
FACSIMILE (978) 779-0761

February 7, 2006

VIA FIRST CLASS MAIL

Clerk's Office
United States District Court
 for the District of Massachusetts, Central Division
Harold D. Donohue Federal Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

> Re:    Wildlife Solutions, Inc. and Thomas Reilly, et. al.
>        1:05-CV-10180-FDS

Dear Madam/Sir,

Please be advised that Walter J. Hayes, Jr. is no longer employed at this form.  Enclosed, please find my Notice of Appearance.  Please forward all emails to nc@frainlaw.com.

Thank you for your time and attention.  Please call with any comments or questions.

Sincerely yours,

Thomas J. Frain, Esq.

TJF/nc
Enclosure

cc:    Richard J. Farrell, Esq.
       Adam Kessel, Esq.