UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC.,<br>a Florida Corporation,<br>Plaintiff<br><br>v.<br><br>THOMAS REILLY<br>AND<br>WILDLIFE SOLUTIONS, INC.,<br>a Massachusetts Corporation<br>Defendant | Civil Action 1:05-CV-10180-FDS |

## NOTICE OF APPEARANCE

Now comes Thomas J. Frain, Esq. and hereby files his Notice of Appearance pro se in the above captioned matter.

Respectfully submitted,

Thomas J. Frain, Esq. (pro se)
563 Main Street
Bolton, Massachusetts  01740
(978) 779-0749
BBO# 567089

Dated: February 7, 2006