UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILDLIFE SOLUTIONS, Inc. (of Florida)

v.                                                                                     Civ. No.  05-CV-10180 FDS

WILDLIFE SOLUTIONS, Inc. and
THOMAS J. REILLY

### MOTION FOR HEARING AND ORAL ARGUMENT REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND WITNESS

Now come the defendants in the above matter and move that this Honorable Court order oral argument and hearing on the Plaintiff's Motion to Compel.  As reason therefore, the defendants state the following:

1. This is a civil case alleging trademark infringement, which was brought by Wildlife Solutions, Inc. of Florida against Wildlife Solutions, Inc. of Massachusetts and Thomas J. Reilly personally.

2. The parties held a telephone conference regarding outstanding discovery issues on January 30, 2006, where plaintiff's counsel maintained that it would file this Motion unless the defendants agreed to be re-deposed and pay for the plaintiff's attorneys' fees and costs despite having answered all questions to the best knowledge of the corporate representative.

3. At issue in this Motion is not only the scope of Fed. R. Civ. P. 30(b)(6), but also the scope of the actual Notice of Deposition filed by the plaintiff.

4.      The defendants maintain that oral argument before the Court will substantially assist the Court in determining the issue presented by the Motion and the proper resolution of the Motion to Compel.

Wherefore, the defendants request that this Court order Oral Argument before it with regard to the plaintiff's Motion to Compel.

                                                Respectfully Submitted,
                                                By their attorney,

Dated: February 16, 2006                        /s/ RICHARD FARRELL

                                                Richard J. Farrell, Esq.
                                                MA BBO# 638017
                                                197M Boston Post Road West #177
                                                Marlborough, MA 01752
                                                508-358-5411

                        CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                /s/ Richard Farrell