UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILDLIFE SOLUTIONS, Inc. (of Florida)

v.                                                                                          Civ. No.  05-CV-10180 FDS

WILDLIFE SOLUTIONS, Inc. and
THOMAS J. REILLY

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL FILING

Now come the defendants in the above matter and submit this Opposition to the Plaintiff's supplemental filing on this date.  As reasons for this Opposition, the defendants state the following:

1. The plaintiffs did not request leave, nor were they granted leave, to file the supplemental pleading under the Federal Rules of Civil Procedure.

2. As the defendants stated in open court on February 27, 2005, they will provide a profit and loss statement for fiscal year 2005 at the earliest opportunity when such documentation is available.

3. The defendants also maintain their objection to providing customer lists because the lists are not responsive to any document request by the plaintiff, or to the extent that such lists were responsive, the defendants objected to the scope and permissibility of the request. Furthermore, lists of the customers or clients of the defendant are irrelevant to the current action.

4.       The defendants also reiterate that they have provided all other such documents as were responsive to the Rule 34 requests, and will continue to supplement their production as required under the Rules.

Wherefore, the defendants oppose the plaintiff's supplemental filing and request for relief.

                                  Respectfully Submitted,
                                  By their attorney,

Dated: February 28, 2006                  /s/ RICHARD FARRELL

                                Richard J. Farrell, Esq.
                                MA BBO# 638017
                                197M Boston Post Road West #177
                                Marlborough, MA 01752
                                508-358-5411

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                /s/ Richard Farrell