IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC.,<br>  a Florida Corporation,<br><br>       Plaintiff,<br><br>v.<br><br>THOMAS J. REILLY<br><br>And<br><br>WILDLIFE SOLUTIONS, INC.,<br>   a Massachusetts Corporation,<br><br>       Defendants. | Civil Action No. 1:05-cv-10180-FDS |

**DECLARATION OF ADAM J. KESSEL IN SUPPORT OF MOTION
TO FURTHER COMPEL THOMAS J. FRAIN TO COMPLY WITH
SUBPOENA DUCES TECUM AND FOR CONTEMPT**

As counsel for Wildlife Solutions, Inc., a Florida Corporation ("Wildlife Florida"), I submit this declaration under penalty of perjury in support of Wildlife Florida's Motion to Further Compel Thomas J. Frain to Comply with Subpoena Duces Tecum and for Contempt:

1. Attached as Exhibit 1 is a copy of a letter I received from Thomas J. Frain on March 13, 2006.

2. I called Mr. Frain on March 13, 2006 to ask if he would produce all of the documents responsive to Wildlife Florida's subpoena.  Mr. Frain stated in that phone call that he would not produce any documents he considered to be privileged or covered by work product immunity.

Dated: March 13, 2006                                       /s/ Adam J. Kessel
                                                                                                Adam J. Kessel

**CERTIFICATE OF SERVICE**

  I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                 /s/ Adam J. Kessel

THOMAS J. FRAIN
ATTORNEY AT LAW
563 MAIN STREET
BOLTON, MASSACHUSETTS 01740
TELEPHONE (978) 779-0749
FACSIMILE (978) 779-0761

March 9, 2006

VIA FIRST CLASS MAIL

Adam Kessel, Esq.
Wolf, Greenfield, and Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210

    Re:    Wildlife Solutions, Inc. and Thomas Reilly

Dear Attorney Kessel,

The following is the response to your subpoena dated November 18, 2005:

1. All documents and things concerning Wildlife Mass.

    RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine; these documents include communications with the client, attorney's notes and attorney's memoranda and drafts with attorney's work product and mental impressions thereon. Without waiving the foregoing objection the respondent states that all non-privileged documents are attached hereto as Exhibit 1.

2. All documents and things concerning trademark registrations, either Federal or State, done or attempted for Wildlife Mass.

    RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine. Without waiving the foregoing objection the respondent states the respondent has no such documents.

3. All documents and things concerning trademark searches, either Federal or State, done or attempted for Wildlife Mass.

    RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine. Without waiving the foregoing objection the respondent states the respondent has no such documents.

Thomas J. Frain
ATTORNEY AT LAW

Adam Kessel, Esq.
March 9, 2006
Page 2

4. All documents and things concerning any opinion of counsel on any trademark issue, done or attempted for Wildlife Mass.

   RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine. Without waiving the foregoing objection the respondent states the respondent has no such documents.

5. All documents and things concerning Internet domain name registrations for Wildlife Mass.

   RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine. Without waiving the foregoing objection the respondent states the respondent has no such documents.

6. All documents and things concerning Internet domain searches for Wildlife Mass.

   RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine. Without waiving the foregoing objection the respondent states the respondent has no such documents.

7. All documents and things concerning any dispute between you and Wildlife Mass. and/or Thomas J. Reilly.

   RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine; these documents include communications with the client, attorney's notes and attorney's memoranda and drafts with attorney's work product and mental impressions thereon.

8. All communication [sic] received from or sent to Thomas J. Reilly and/or Wildlife Mass., concerning a dispute about trademark-related legal services.

   RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine; these documents include communications with the client, attorney's notes and attorney's memoranda and drafts with attorney's work product and mental impressions thereon.

Thomas J. Frain
ATTORNEY AT LAW

Adam Kessel, Esq.
March 9, 2006
Page 3

9. All documents and things concerning Wildlife Solutions, Inc. of Orlando, Florida and/or any lawsuit between Wildlife Mass. and Wildlife Solutions, Inc. of Orlando, Florida.

   RESPONSE: The respondent objects to this request as it seeks documents protected by the attorney-client privilege and work product doctrine; these documents include communications with the client, attorney's notes and attorney's memoranda and drafts with attorney's work product and mental impressions thereon. Without waiving the foregoing objection respondent states that the only non-privileged documents are the pleadings and correspondence regarding the above captioned matter, same already having been filed with the court and of which all parties are in possession.

Sincerely yours,

Thomas J. Frain, Esq.

TJF/nc
Enclosure

cc:   Richard J. Farrell, Esq. – Via First Class Mail with enclosure