UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILDLIFE SOLUTIONS, Inc. (of Florida)

v.                                                                                   Civ. No.  05-CV-10180 FDS

WILDLIFE SOLUTIONS, Inc. and
THOMAS J. REILLY


**MOTION TO AMEND SCHEDULING ORDER DEADLINE
FOR FILING DISPOSITIVE MOTIONS**

Now come the defendants in the above matter and move that this Honorable Court extend the period for filing dispositive motions under the current scheduling order until June 1, 2006.  As reasons for this Motion, the defendants state the following:

1. Under the current scheduling order, as amended at the last status conference, the deadline for filing dispositive motions is set for May 8, 2006.

2. At the time of this filing, the plaintiff has not completed its deposition of Mr. Thomas Reilly as permitted by the Order on the plaintiff's Motion to Compel.  That deposition is currently scheduled for May 2, 2006.  Counsel for the defendant has requested that the deposition be postponed for two days, which will work a hardship upon the plaintiff absent this Court's allowance of this Motion.

3. Counsel for the defendants, as the Court noted, is a sole practitioner, and is currently preparing an appellate brief for the First Circuit, which is due on May 10, 2006.

4. Additionally, counsel for the defendant has tried two jury trial cases since the status conference and is preparing a memorandum in opposition to a Motion to Dismiss in

-1-

another matter due May 8, 2006.

5.  Due to these other matters, the deadline of May 8, 2006 works a substantial hardship upon counsel for the defendants, and may impact the ability of defendants to properly file any Motions to Dismiss or Summary Judgment Motions.

6.  As of the time of this Filing, counsel for the plaintiff have informed counsel for the defendant that they do not object to the allowance of this Motion.

Wherefore, the defendants request that this Court amend its Scheduling Order to extend the deadline for filing dispositive motions until June 1, 2006.

                                         Respectfully Submitted,
                                         By their attorney,

Dated: May 1, 2006                    /s/ RICHARD FARRELL

                                         Richard J. Farrell, Esq.
                                         MA BBO# 638017
                                         197M Boston Post Road West #177
                                         Marlborough, MA 01752
                                         508-358-5411

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                         /s/ Richard Farrell