UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILDLIFE SOLUTIONS, Inc. (of Florida)

v.                                                                Civ. No. 05-CV-10180 FDS

WILDLIFE SOLUTIONS, Inc. and
THOMAS J. REILLY

### DECLARATION OF RICHARD FARRELL IN SUPPORT OF MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINE

Now comes Richard Farrell, counsel for the defendants, and states the following:

1. A Motion to extend the deadline for filing dispositive motions was filed by the defendants on May 1, 2006.

2. On April 28, 2006, counsel for the plaintiff, Michael Leetzow, stated in writing that Wildlife Florida would not oppose the defendants' Motion to extend the deadline.

3. Adam Kessel, local counsel for the plaintiff, has reiterated to undersigned counsel that the plaintiff will not object to the defendants' motion.

Signed under the pains and penalties of perjury this 3 day of May, 2006.

/s/ Richard Farrell
Richard J. Farrell, Esq.
MA BBO# 638017
197M Boston Post Road West #177
Marlborough, MA 01752
508-358-5411

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                        /s/ Richard Farrell