IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC., a Florida Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS J. REILLY<br><br>And<br><br>WILDLIFE SOLUTIONS, INC., a Massachusetts Corporation,<br><br>      Defendants. | Civil Action No. 1:05-cv-10180-FDS |

## JOINT MOTION FOR ENTRY OF
## JUDGMENT AGAINST WILDLIFE MASSACHUSETTS

Pursuant to Fed. R. Civ. P. 58, the parties hereby move the Court to enter final judgment against Defendant Wildlife Solutions, Inc., a Massachusetts Corporation ("Wildlife Massachusetts") pending the entry of a permanent injunction against Wildlife Massachusetts (D.I. 53). The entry of the permanent injunction settles all matters between Plaintiff and Defendant Wildlife Massachusetts. Under this final judgment against Wildlife Massachusetts, the Permanent Injunction entered by the Court shall remain in full force and effect and the Court shall retain jurisdiction to enforce the parties' settlement agreement and injunction.

- 2 -

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC.,<br>A Florida Corporation, | WILDLIFE SOLUTIONS, INC.,<br>A Massachusetts Corporation, |
| By its counsel, | and |
| | THOMAS J. REILLY, |
| /s/ Adam J. Kessel_____<br>Michael A. Albert, BBO # 558566<br>malbert@wolfgreenfield.com<br>Adam J. Kessel, BBO # 661211<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 646.8000 Phone<br>(617) 646.8646 FAX | By their counsel,<br><br>/s/ Richard J. Farrell_____<br>Richard J. Farrell, BBO # 638017<br>197M Boston Post Road West #177<br>Marlborough, MA 01752<br>(508) 358-5411 Phone<br>(508) 358-7787 FAX |
| Michael Leetzow, Esq. (of counsel) | |
| DATE:  June 1, 2006 | Dated: June 1, 2006 |