IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC., a Florida Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. REILLY <br><br> and <br><br> WILDLIFE SOLUTIONS, INC., a Massachusetts Corporation, <br><br> Defendants. | Civil Action No. 1:05-cv-10180-FDS |

## JOINT MOTION FOR ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Wildlife Solutions, Inc. and Defendant Thomas J. Reilly stipulate to dismiss the above-captioned action against Thomas J. Reilly with prejudice according to the terms of a Settlement Agreement. This motion resolves all remaining issues between Plaintiff and Thomas J. Reilly. This case can be closed once this motion is granted.

Dated: June 9, 2006

- 2 -

| | |
|---|---|
| WILDLIFE SOLUTIONS, INC.,<br>A Florida Corporation, | WILDLIFE SOLUTIONS, INC.,<br>A Massachusetts Corporation, |
| By its counsel, | and |
| | THOMAS J. REILLY, |
| /s/ Adam J. Kessel<br>Michael A. Albert, BBO # 558566<br>malbert@wolfgreenfield.com<br>Adam J. Kessel, BBO # 661211<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 646.8000 Phone<br>(617) 646.8646 FAX | By their counsel,<br><br>/s/ Richard J. Farrell<br>Richard J. Farrell, BBO # 638017<br>197M Boston Post Road West #177<br>Marlborough, MA 01752<br>(508) 358-5411 Phone<br>(508) 358-7787 FAX |
| Michael Leetzow, Esq. (of counsel) | |
| DATE: June 9, 2006 | Dated: June 9, 2006 |

1039096