Certificate of Service

      I hereby certify that the foregoing *Joint Motion for Order of Dismissal* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 9, 2006.

      /s/ Adam J. Kessel