<u>Certificate of Service</u>

I hereby certify that the foregoing *Joint MOTION for Judgment as a Matter of Law Against Defendant Wildlife Massachusetts by Wildlife Solutions, Inc* and *Joint MOTION for Permanent Injunction by Wildlife Solutions, Inc.* filed through the ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those indicated as non registered participants on June 1, 2006.


/s/ Adam J. Kessel